■ AQUAMARINE COMPANIA NAVIERA, S. A., PANAMA v. LONDON & OVERSEAS INS. CO., et al.— Motion for a stay granted. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ (A) LEE G. HAWKINS v. HAISS REALTY CO., INC., et al. (B) CHARLES COOPERMAN v. FAIRSEX NOVELTY CO. et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ MAYER HAJDER v. G & G MODERNS, INC.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ WASHINGTON GREEN APARTMENTS v. ELINOR BUSALACCHI.— Motion for resettlement granted to the extent of fixing the costs awarded on the appeal in the Appellate Term in the amount of $30 plus disbursements and the order of this court entered on October 18, 1960 is resettled accordingly. Concur — Botein, P. J., Breitel, Rabin, Valente and Noonan, JJ.

■ In the Matter of MARY DE GROOF v. JOSEPH J. CAPUTA, as State Rent Administrator.— Motion for an enlargement of time granted insofar as to extend the petitioner-appellant's time to serve and file the record on appeal and appellant's points to and including February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ In the Matter of the Estate of BERTHA N. DAIL, Deceased. HAROLD W. DAIL; A. HOWARD NEELY.— Motion for an order directing the inclusion in the record on appeal of certain documents denied without prejudice, however, to a renewal thereof upon the argument or submission of the appeal. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ MEYER JESHION et al., v. DAVID L. HOLZER.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before February 2, 1961, with notice of argument for February 14, 1961, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ MAYDOLE HAMMER CORPORATION v. LAWRENCE WAREHOUSE COMPANY et al.— Motion for enlargement of time granted insofar as to extend the plaintiff-appellant's time to serve and file the record on appeal and appellant's points to and including February 16, 1961, with notice of argument for February 28, 1961, said appeal to be argued or submitted when reached. The order of this court, entered on September 22, 1960, is modified accordingly. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ MEAD JOHNSON & COMPANY v. DIGBY'S INC.—Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ HELENE ADLER et al., Copartners v. A. & M. DIAMOND CORP.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ SYLVIA S. KLETTER v. GEORGE KLETTER et al.— Motion for resettlement denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.